# Affidavit of Service by Disinterested Person

Court: In The United States District Court For The District Of Colorado
Case #: 1;14-cv-02554
Case: Kaplan v New Penn Financial et al

**Documents Served:** Summons in a Civil Action, Complaint and Jury Demand and Civil Cover Sheet

I, **Ryan Johnston,** the affiant, being sworn, says that the affiant is over eighteen years of age and is not a party to this action. The affiant has duly served the aforementioned documents on:

New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing at the office of their registered agent, National Registered Agents, Inc. at 1675 Broadway, Suite 1200 in the city of Denver in the county of Denver in the state of Colorado on September 17, 2014 at 8:58am.

____ By handing them to the person identified to me as _____ personally.

____ By leaving them with the defendant or witness _____, who refused service.

____ By leaving them at the defendant's usual residence with _____ whose relationship to the defendant is _____, and who lives at the residence and is over the age of 18 and whom accepted service on behalf of the defendant.

____ By leaving them at the defendants usual place of business with _____, whose position is _____ and who is over the age of 18 and accepted service on behalf of the defendant.

**XXX** By leaving them with Joyce Romero, whose position is process specialist and who is over the age of 18 and accepted service on behalf of the defendant.

____ By posting the documents in a conspicuous place _____.

I declare under penalty of perjury under the laws of the United States of America that the forgoing information contained in this Proof of Service is true and accurate.

_____    9-18-14
Ryan Johnston - Private Process Server    Date

Subscribed and sworn to before me this 18 day of September, 2014 in the county of Jefferson, state of Colorado.

_____
Notary Public

JULIE M. YOUNG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20004030571
MY COMMISSION EXPIRES OCTOBER 17, 2016

My Commission Expires

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02554

SETH KAPLAN,

    Plaintiff,

v.

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, f/k/a RESURGENT MORTGAGE SERVICING

    Defendants.

## SUMMONS IN A CIVIL ACTION

TO:    NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING
C/O National Registered Agents, Inc.
1675 Broadway - Suite 12
Denver, CO 80202

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are below.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

Dated this _____ day of September, 2014.

                                                          COAKLEYKROL, LLC

                                                          Eric R. Coakley
                                                          2373 Central Park Blvd. - Suite 100
                                                          Denver, CO 80238
                                                          Tel. (303)803-1611