IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02554-WYD-MJW

SETH KAPLAN,

Plaintiff(s),

v.

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, f/k/a RESURGENT MORTGAGE SERVICING,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion to Compel Discovery (docket no.32) is **DENIED** for the following reasons. Each party shall pay their own attorney fees and costs for the subject motion (docket no. 32).

It is **FURTHER ORDERED** that Defendant shall provide Plaintiff with supplemental responses to Plaintiff's Interrogatories Nos. 2, 3, 4, 6, 7, 13, 20, and 22 **on or before May 28, 2015.**

In the subject motion (docket no. 32), Plaintiff seeks an Order from this court compelling Defendant to provide to Plaintiff full and complete responses to Plaintiff's Interrogatories Nos 2, 3, 4, 6, 7, 10, 11, 12, 13, 14, 15, 17, 20, and 22. In addition, Plaintiff seeks attorney fees and costs for filing of this motion. In Defendant's Response (docket no. 37), Defendant contends: [1] that Plaintiff did not comply with D.C.COLO.LCivR 7.1(a) and Fed. R. Civ. P. 37(a)(1); [2] that the subject motion (docket no. 32) is **MOOT** insofar as it asks the court to compel Defendant to supplement its responses to Plaintiff's Interrogatories Nos. 2, 3, 4, 6, 7, 13, 20, and 22 because Defendant has already agreed to supplement its responses to these interrogatories; and [3] that Defendant's objection to Plaintiff's Interrogatories 10, 11, 12, 14, 15, and 17 are meritorious and should be sustained.

The court finds, based upon the moving papers and taken judicial notice of the court's file, that counsel for the plaintiff and counsel for defendant have been unable to meet and confer, in person, and discuss with particularity the scope of the disputed discovery listed above as contemplated by D.C.COLO.LCivR 7.1(a) and in the spirit of Fed. R. Civ. P. 1 in order to secure a just, speedy, and **inexpensive** determination of every [this] action.

2

The court further finds that Defendant has agreed to supplement Plaintiff's Interrogatories Nos 2, 3, 4, 6, 7, 13, 20, and 22, and thus that portion of the subject motion (docket no. 32) is **MOOT** and therefore **DENIED.** See Defendant's response (docket no. 37). Defendant shall provide Plaintiff with supplemental responses to Plaintiff's Interrogatories Nos 2, 3, 4, 6, 7, 13, 20, and 22 **on or before May 28, 2015.**

The court finds Plaintiff's Interrogatories 10, 11, 12, 14, 15, and 17 are all overly broad as to time and scope and unduly burdensome and therefore no further responses to these interrogatories by Defendant are required. Accordingly, this portion of the subject motion (docket no. 32) should also be **DENIED**.

Date: May 13, 2015