IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    14-cv-02554-WYD-MJW

SETH KAPLAN,

    Plaintiff,

v.

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, f/k/a RESURGENT MORTGAGE SERVICING,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court upon a review of the record.   An Amended Complaint (ECF No. 25) was filed by the Plaintiff on February 18, 2015.   Accordingly, the Defendant's Motion to Dismiss (ECF No. 11), filed October 29, 2014, is **DENIED as Moot**.

    Dated:    June 16, 2015.