IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02554-WYD-MJW

SETH KAPLAN,

Plaintiff,

v.

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, f/k/a
RESURGENT MORTGAGE SERVICING,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 61)
is GRANTED finding good cause shown.  The written Joint Stipulated Protective Order
(docket no. 61-1) is APPROVED as amended on pages 1, 2, and 14 and made an
Order of Court.

Date: August 25, 2015