IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2554-WYD-MJW

SETH KAPLAN,

    Plaintiff,

v.

NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, f/k/a RESURGENT MORTGAGE SERVICING,

    Defendant.

_____

**ORDER**
_____

On February 5, 2016, Plaintiff and Defendant jointly filed a Stipulation to Dismiss (ECF No. 69), with prejudice, indicating that the parties would bear their own fees and costs.

The Stipulation to Dismiss (ECF No. 69) is hereby **APPROVED**. All claims against Defendant in this matter are **dismissed with prejudice**, and the parties shall bear their own fees and costs. The pending motion to dismiss (ECF No. 26) and the pending motion for summary judgment (ECF No. 39) are both **DENIED AS MOOT**.

The case is hereby closed. The Clerk of the Court is directed to close the case.

Dated: February 17, 2016.

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                WILEY Y. DANIEL,
                                                SENIOR UNITED STATES DISTRICT JUDGE